Argued June 18, affirmed June 18, petition for rehearing denied
July 11, petition for review denied September 18, 1973

STATE OF OREGON, *Respondent, v.*
THEODORE SEYMOUR (No. 72 1496), *Appellant.*

510 P2d 1336

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and
Fort, Judges.